AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Raza Ali,
Muhammad Saleem Iqbal,
Kaleem Ahmad

*Defendant(s)*

Case No. 15 m 5 7218 JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2011 through November 18, 2015 in the county of Norfolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 15 U.S.C. 376 | Jenkins Act/PACT Act |
| 18 USC 2342 | Contraband Cigarette Trafficking Act |
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1956 (h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

Set out in the attached Affidavit in Support of Arrest and Search Warrants

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Daniel Fornash, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 16, 2015

[signature]
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U. S. Magistrate Judge
*Printed name and title*