IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Raza Ali,<br>Muhammad Saleem Iqbal,<br>Kaleem Ahmad,<br><br>Defendants. | Case No.  15-mj-7218-JCB |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL THE COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint and Forms JS-45, with the supporting affidavit to remain under seal until further order of this Court.  The United States Attorney further moves for permission to disclose copies of the sealed supporting affidavit to counsel for the defendants.  As grounds for this motion, the government states that public disclosure of the supporting affidavit might jeopardize the ongoing investigation of this case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s / Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

Date:  December 21, 2015