(*P66751*)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| United States of America | ) | |
| v. | ) | Case No. 15 m 5 7218 JCB |
| Kaleem Ahmad | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2015 DEC 17 AM 56

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kaleem Ahmad                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

violation of 15 U.S.C. § 376 (Jenkins Act/PACT Act), 18 U.S.C. § 2342 (Contraband Cigarette Trafficking Act), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1956 (h) (Money Laundering Conspiracy)

Date: December 16, 2015

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Hon. Jennifer C. Boal, U. S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        FBI  12/21/2015  _____ *Arresting officer's signature* |
| _____ *Printed name and title* |